**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| TAREK SWEIDAN, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-25-CA-00879-XR |
| | § | |
| U.S.  DEPARTMENT  OF  HOMELAND | § | |
| SECURITY,  ICE,  WARDEN,  SOUTH | § | |
| TEXAS ICE PROCESSING CENTER, | | |
| *Respondents* | | |

## ORDER

On this date, the Court considered Tarek Sweidan's Petition for a Writ of Habeas Corpus (ECF No. 1). Petitioner brought this action challenging the legality of his immigration detention. *See* ECF No. 1. He was first detained in June 2023. *Id*. at 4. In August 2025, a final order of removal was entered against him. ECF No. 8 at 3. Pursuant to this order, Petitioner was removed to Lebanon on January 7, 2026. ECF No. 12.

Petitioner is no longer detained, so the Court lacks jurisdiction to proceed. *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) ("[T]he habeas relief [Petitioner] requests . . . can no longer be effected. No "case or controversy" remains . . . ."); *Nieto-Ramirez v. Holder*, 583 F. App'x 330, 332 (5th Cir. 2014) (unpublished) ("Nieto–Ramirez is no longer being detained by ICE. As a result, even if her claim had merit, this court could not effect the bond hearing that she seeks.").

The Petition (ECF No. 1) is **DENIED AS MOOT**.

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this 13th day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE